E-FILED
Tuesday, 09 November, 2004 04:10:23 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

──────────── District of ────────────

FILED
NOV - 9 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

U.S.

v.

Quentine Lowe

## APPEARANCE

CASE NUMBER: 03-10048

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for *Defendant, Quentine Lowe.*

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11-9-04 | s/Michael D. Risinger |
| Date | Signature |
| | Michael D. Risinger   6243738 |
| | Print Name / Bar Number |
| | 2109 S. Main |
| | Address |
| | Morton   IL   61550 |
| | City / State / Zip Code |
| | 309-263-1311   309-263-0127 |
| | Phone Number / Fax Number |