IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 03-10048 |
| ) | |
| **QUENTINE LOWE,** ) | |
| ) | |
| **Defendant.** ) | |

## PROTECTIVE RULE 35 MOTION

Now comes the United States of America by Jan Paul Miller, United States Attorney, and Bradley W. Murphy, Assistant United States Attorney, for the Central District of Illinois, and pursuant to Federal Rule of Criminal Procedure 35 hereby moves to reduce defendant's sentence and requests a hearing on this motion at a future date.

Respectfully submitted,

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY


s/Bradley W. Murphy
BRADLEY W. MURPHY
Assistant United States Attorney
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone:  (309) 671-7050

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>March 31, 2005,</u> I electronically filed the foregoing Protective Rule 35 Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below-named parties.

Sam Harrod
Attorney at Law
1907 Mitchell
Eureka, IL 61530

Michael D. Risinger
Attorney at Law
1959 N. Morton Ave.
Morton, IL 61550

<u>March 31, 2005</u>                                <u>s/Diane Hayes</u>
Date                                                       Paralegal Specialist