E-FILED
Friday, 05 May, 2006 11:20:15 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | WRIT OF HABEAS CORPUS |
|     Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 03-10048 |
| Quentine Lowe | ) | |
|     Defendant | ) | |

**TO: THE WARDEN of FCI Waseca** at Waseca, MN.

**WE COMMAND** that you produce the body of **Quentine Lowe**, Register No. **13220-026**, who is in your custody at FCI Waseca before the United States District Court on **May, 12, 2006 at 9:15 a.m. (CST)** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: May 5, 2006

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _____s/John M. Waters_____
      Deputy Clerk