E-FILED
Friday, 12 May, 2006  10:00:25 AM
Clerk, U.S. District Court, ILCD

FILED
MAY 1 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

03-10048

Dear Judge,

Hi I was writing in regards of Quentins Law. I know he has a court date next Friday @ 9:00. I was just hoping you could be reasonable on his time. But Quentins knows what he did was wrong and has learned his lesson and has also turned his life around. This time Quentins was spent away from his family, has taught him what's important in life. While Quentins has did his time he's gone to school, he's gotten various certificates and found God. I know they say you only one chance to prove your self. But Sir I'm begging you, please let my husband get a second chance, please.

Sincerely,
Dominique Law