IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
MAY 1 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| V. | ) | Docket # 03-10048-001 |
| | ) | |
| QUENTINE LOWE, | ) | |
| Defendant. | ) | |

### SUBSTITUTION OF COUNSEL

1. I hereby move for leave of court to withdraw my appearance as attorney for Defendant **QUENTINE LOWE** in the above titled cause at the request of counsel below.

    s/Sam Harrod

    5-8-06

2. I hereby confirm my appearance as attorney for Defendant **QUENTINE LOWE** in the above titled cause and request that all subsequent Notices or Orders directed to this Defendant be mailed or delivered to my office at the address stated below.

    s/Michael D. Risinger
    Michael D. Risinger

Michael D. Risinger
1959 N. Morton Ave.
Morton, IL 61550
Ofc 309-263-1311
Fax 309-263-4601
mikerisinger1@hotmail.com