E-FILED
Monday, 11 February, 2008  02:18:59 PM
Clerk, U.S. District Court, ILCD

Central District of Illinois
Courts of Appeal

**FILED**

FEB 1 1 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF IWNOIS

Quentine M. Lowe
Case #: 03-10048

Dear, Court

I am humbling asking for the court to appoint me a public defender to pursuant in filing a motion to modify a sentence pursuant to a -tetroactive amendment to the Sentencing Guidelines. 18 U.S.C. 3582(c)(2)

Sincerely,
Quentine M. Lowe

*[signature]*