IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>QUENTINE LOWE,<br><br>    Defendant. | No. 03CR10048<br>Hon. Joe B. McDade<br>United States District Judge,<br>Presiding |

**AMENDED MOTION TO REDUCE SENTENCE**

NOW COMES the Defendant, QUENTINE LOWE, by his court-appointed undersigned attorneys, Richard H. Parsons, Federal Public Defender for the Central District of Illinois and Jonathan E. Hawley, First Assistant Federal Public Defender, moving this Honorable Court pursuant to 18 U.S.C. § 3582(c)(2) for an order reducing the defendant's term of imprisonment, and in support thereof states the following:

    1.    The Defendant pleaded guilty on November 6, 2003, to one count of possession with intent to distribute cocaine base in violation of 21 U.S.C. § 841(a)(1).

    2.    The offense carried a 5-year statutory mandatory minimum penalty.

    3.    At sentencing, the defendant was held accountable for at least 500 grams but less than 1.5 kilograms of crack cocaine. This amount resulted in a Base Offense Level of 36.

    4.    With a 3-level downward adjustment for acceptance of responsibility, the Defendant's Total Offense Level was 33.

    5.    At sentencing, this court found the Defendant's Criminal History Category to be

III, resulting in a guideline range of 168 to 210 months.

6.  This court imposed a sentence of 168 months, the bottom of the range.

7.  Thereafter, pursuant to a Rule 35(b) motion, this court entered an amended judgment imposing a sentence of 120 months imprisonment.  This sentence was a 29% departure from the bottom of the defendant's original sentence of 168 months.

8.  Under Amendment #706 to the United States Sentencing Guidelines as made retroactive by Amendment #711, the Defendant's Base Offense Level is now 34, and with the same adjustments made at his original sentencing hearing, his Total Offense Level is 31, his criminal history category remains at III, and his new guideline range is 135-168 months. Applying the same 29% departure from the bottom of the new guideline range **results in a 96 month sentence.**

9.  The Defendant's current release date as calculated by the Bureau of Prisons is January 4, 2013.

10. Undersigned counsel is aware of no institutional adjustment or public safety factors which would warrant denial of this motion.

11. The United States Attorney's Office and the United States Probation Office have no objection to this motion.

WHEREFORE, the Defendant, QUENTINE LOWE, respectfully requests that this Honorable Court GRANT the Defendant's motion to reduce sentence and enter an Amended Judgment and Conviction sentencing the defendant to **96 months imprisonment**.

>Respectfully submitted,
>QUENTINE LOWE, Defendant
>
>RICHARD H. PARSONS
>Federal Public Defender

BY:   s/ Jonathan E. Hawley

---

JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Brad Murphy.

s/ Jonathan E. Hawley

---

JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org